Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Francisco Sander Alfaro–Reyez (Alfaro) seeks to preserve for further review his contention that his sentence is unreasonable because this court's post-*Booker*** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker.* Alfaro concedes that his argument is foreclosed by *United States v. Mares,* 402 F.3d 511 (5th Cir. 2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. In light of *Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007), the issue remains foreclosed. Alfaro also raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

---

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Nicolas MORA–PEREZ, Defendant–Appellant.**

No. 06–41653
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 6, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Nicolas Mora–Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Arrellano,* 492 F.3d 624, 625 (5th Cir.2007). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee

v.

Issac MARTINEZ–CORTEZ, also known as Rigoberto Montanyo–Cortez, Defendant–Appellant.

No. 06–50338

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Issac Martinez–Cortez (Martinez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez has been deported and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

has not filed a response to counsel's motion. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot.

UNITED STATES of America, Plaintiff–Appellee

v.

Joaquin RUIZ–BARRON, Defendant–Appellant.

No. 06–51184

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Eduardo Solis, Law Offices of Eduardo Solis, El Paso, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be